UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMEL ARGENIS TORIBIO ABREU,

                Plaintiff,

-against-

THE PORTELA LAW FIRM P.C.,

                Defendant.

22-CV-2512 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is currently detained at the Westchester County Jail, brings this action *pro se*. He submitted the complaint without payment of the filing fees or an application to proceed *in forma pauperis* (IFP) and a prisoner authorization. By order dated March 30, 2022, the Court directed Plaintiff to either pay the $402.00 in fees that are required to file a civil action in this court or submit, within 30 days, a completed IFP application and prisoner authorization. On April 15, 2022, the Court received from Plaintiff a prisoner authorization, but he did not submit an IFP application.

    Because Plaintiff proceeds in this matter *pro se*, the Court grants him another opportunity to submit an IFP application. The Court therefore directs Plaintiff to pay the $402.00 in fees or submit the attached IFP application within 30 days of the date of this order. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

Dated:
      New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                              Chief United States District Judge